**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:09-CR-00036-003 LJO** |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| vs. ) | |
| ALI MILLER, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for September 16, 2011, be continued to December 2, 2011.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: September 8, 2011

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

DATED: September 8, 2011

/s/ Laurel Montoya
_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

IT IS HEREBY ORDERED that the surrender date presently set for September 16, 2011, is continued to December 2, 2011.

IT IS SO ORDERED.

**Dated:   September 8, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE