**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR  Defendant, Ali Miller

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:09-CR-00036-003 LJO |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |
| vs. | ) | |
| ALI MILLER, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for December 2, 2011, be continued to March 16, 2012.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: November 30, 2011

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

DATED: November 30, 2011

/s/ Laurel Montoya
_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

The surrender date presently set for December 2, 2011, is continued to March 16, 2012.

IT IS SO ORDERED.

**Dated:   November 30, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE