1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891
4

5  ATTORNEYS FOR   Defendant, Ali Miller

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 * * * * * * * *

11 UNITED STATES OF AMERICA,    )   **CASE NO.: 1:09-CR-00036-003 LJO**
                                )
12      Plaintiff,              )   **STIPULATION AND**
                                )   **ORDER TO CONTINUE SURRENDER**
13 vs.                          )   **DATE**
                                )
14 ALI MILLER,                  )
                                )
15      Defendant.              )
   _____)

16

17      IT IS HEREBY STIPULATED by and between the parties hereto and through their

18 attorneys of record that the surrender date presently set for March 16, 2012, be continued to April

19 27, 2012.

20      All parties herein, through their respective counsel have been contacted regarding the

21 requested continuance and concur with this request.

22      IT IS SO STIPULATED:

23 DATED: March 13, 2012

24
                                    /s/ Harry M. Drandell
25                                  _____
                                    HARRY M. DRANDELL,
26                                  Attorney for Defendant, Ali Miller

27 ///

28 ///

DATED: March 13, 2012

/s/ Laurel Montoya

_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

The surrender date presently set for March 16, 2012, is continued to April 27, 2012. Good cause has been provided previously to the Court.

IT IS SO ORDERED.

**Dated:   March 13, 2012**          /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE