|     |     |     |
| --- | --- | --- |
| 1   | **HARRY M. DRANDELL #109293** | |
|     | **LAW OFFICES OF HARRY M. DRANDELL** | |
| 2   | 1221 VAN NESS AVENUE, SUITE 450 | |
|     | FRESNO, CA 93721 | |
| 3   | PHONE (559) 442-8888 | |
|     | FAX (559) 442-8891 | |



ATTORNEYS FOR Defendant, Ali Miller

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:09-CR-00036 LJO |
| Plaintiff, | **AMENDED APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON** |
| v. | |
| ALI MILLER, | |
| Defendant. | |

Defendant, Ali Miller, by and through his attorney, Harry M. Drandell, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

On January 14, 2009, defendant, Ali Miller was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above-captioned case. On January 20, 2009, United States Magistrate Judge, Sandra M. Snyder ordered the release of Mr. Miller, setting conditions of pretrial supervision and a $35,000 cash bond with a 10% deposit and in the custody of a third party custodian. Ali Miller was released from custody on January 20, 2009, following the deposit of $3,500 cash with the Clerk of the Court by Tanya Miller [Doc 38, Receipt #CAE 100005743].

On September 24, 2010, Defendant, Ali Miller appeared before this Court and entered a plea of guilty to Count 1 of a Superseding Information. On June 24, 2011, this Court sentenced Ali Miller to a term of 10 months imprisonment (five months Bureau of Prisons and five months

Home Detention).

On April 2, 2012, the Court granted defendant's request for Consent to Modify Conditions of Release modifying the $35,000 10% cash deposit bond to a personal recognizance release. Accordingly, Ali Miller hereby requests the Court to exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return the $3,500 cash [Receipt #CAE 100005743] to Tanya Miller.

Assistant United States Attorney, Laurel Montoya, does not oppose this application.

Dated: May 17, 2012          Respectfully submitted,

                               LAW OFFICES OF HARRY M. DRANDELL

                               /s/ Harry M. Drandell

                               HARRY M. DRANDELL
                               Attorney for Defendant
                               ALI MILLER

## **ORDER**

IT IS HEREBY ORDERED that the cash bond posted by Ali Miller is exonerated and the Clerk of the Court is directed to return the $3,500 cash [Receipt #CAE 100005743] to Tanya Miller.

IT IS SO ORDERED.

Dated: May 17, 2012

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE