(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Ali Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALI MILLER,<br>Defendant. | **CASE NO.: 1:09-CR-00036-003 LJO**<br><br>**STIPULATION AND ORDER TO CONTINUE SURRENDER DATE** |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for August 10, 2012, be continued to October 12, 2012.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: August 8, 2012

/s/ Harry M. Drandell
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

DATED: August 8, 2012

/s/ Laurel Montoya

LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

The surrender date presently set for August 10, 2012, is continued to October 12, 2012.

IT IS SO ORDERED.

**Dated: August 8, 2012** **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE