**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Ali Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:09-CR-00036-003 LJO** |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE SURRENDER** |
| vs. ) | **DATE** |
| ) | |
| ALI MILLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the surrender date presently set for October 12, 2012, be continued to December 14, 2012.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

IT IS SO STIPULATED:

DATED: October 11, 2012

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Ali Miller

///

///

DATED: October 11, 2012

/s/ Laurel Montoya

_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

     IT IS HEREBY ORDERED that the surrender date presently set for October 12, 2012, is continued to December 14, 2012.

IT IS SO ORDERED.

**Dated:   October 11, 2012**         /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE