1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891
4

5  ATTORNEYS FOR   Defendant, Ali Miller

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10                     * * * * * * * *

11  UNITED STATES OF AMERICA,        )    **CASE NO.: 1:09-CR-00036-003 LJO**
                                     )
12        Plaintiff,                 )    **STIPULATION AND ORDER TO**
                                     )    **CONTINUE SURRENDER DATE**
13  vs.                              )
                                     )
14  ALI MILLER,                      )
                                     )
15        Defendant.                 )
    _____)

16

17        IT IS HEREBY STIPULATED by and between the parties hereto and through their

18  attorneys of record that the surrender date presently set for December 14, 2012, be continued to

19  February 22, 2013.

20        All parties herein, through their respective counsel have been contacted regarding the

21  requested continuance and concur with this request.

22        IT IS SO STIPULATED:

23  DATED: December 14, 2012

24
                              /s/ Harry M. Drandell
25                            _____
26                            HARRY M. DRANDELL,
                              Attorney for Defendant, Ali Miller

27  ///

28  ///

DATED: December 14, 2012

/s/ Laurel Montoya

_____
LAUREL MONTOYA,
Attorney for Plaintiff, United States of America

The surrender date presently set for December 14, 2012, is continued to February 22, 2013.

IT IS SO ORDERED.

**Dated:   December 14, 2012**          _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE