| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | Ruben Garcia |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-0036 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| vs. | ) | |
| | ) | DATE: November 4, 2013 |
| RUBEN GARCIA, | ) | TIME: 1:30 p.m. |
| | ) | JUDGE: Hon. Gary S. Austin |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 17, 2013, may be continued to November 4, 2013 at 1:30 p.m.

This continuance is at the request of all parties. Mr. Garcia currently has sentencing on his state court case, which is the sole basis for his supervised release violation, scheduled on October 25, 2013. All parties wish to see the outcome of that sentencing before proceeding on the supervised release violation.

As this is a supervised release violation hearing, no exclusion of time is necessary under the Speedy Trial Act and all counsel agree there is good cause for the continuance.

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 2, 2013     By:    /s/ Laurel J. Montoya
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: October 2, 2013     By:    /s/ *Charles J. Lee*
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  RUBEN GARCIA


**O R D E R**

IT IS SO ORDERED.

Dated:  **October 2, 2013**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE