**HARRY M. DRANDELL # 109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 Van Ness Avenue, Suite 450
Fresno, California 93721
Telephone: (559) 442-8888
Facsimile: (559) 442-8891

Attorneys for: Defendant, ALI MILLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALI MILLER,<br><br>　　　　Defendant. | Case No. 1:09-CR-00036-003 LJO<br><br>**STIPULATION AND [ORDER TO CONTINUE SURRENDER DATE** |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their attorneys of record that the surrender date presently set for November 1, 2013, be continued to January 10, 2014.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

**IT IS SO STIPULATED:**

DATED: October 30, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Harry M. Drandell
　　　　　　　　　　　　　　　　　　　　　　　　HARRY M. DRANDELL
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Ali Miller

1

| | |
|---|---|
| 1 | DATED: October 30, 2013 |
| 2 | /s/ Laurel Montoya |
| | LAUREL MONTOYA |
| 3 | Attorney for Plaintiff, United States of America |

**IT IS HEREBY ORDERED** that the surrender date presently set for November 1, 2013, is continued to January 10, 2014.

IT IS SO ORDERED.

Dated: **October 31, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE