ANTONIO ALVAREZ, Bar #156435
2014 Tulare Street, Suite 300
Fresno, California 93721
Telephone: (559) 441-0114

Attorney for Defendant
LINO MUNOZ

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFONIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | ) ) ) | No.1:09CR00036-005 |
| *Plaintiff,* | ) ) | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY, AND ORDER THEREON** |
| vs. | ) ) | |
| LINO MUNOZ, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, LINO MUNOZ, hereby moves this Court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On January 22, 2009, LINO MUNOZ appeared in this matter before the Honorable Dennis L. Beck, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a full equity real property bond. Real property was used as collateral. A certified deed of trust and straight note were provided to this court by Marlea Frazer, in the amount of $75,000.00 (Dkt# 58, Deed No. 2009-0011787).

On December 17, 2010, LINO MUNOZ appeared, as required, before United States District Court Judge Lawrence J. O'Neil for sentencing, and thereafter surrendered himself to the Bureau of Prisons to serve his sentence.

Since LINO MUNOZ has met the conditions of release in this matter, he requests that the Court exonerate the bond set by this court and reconvey title to the real property securing the bond to MARLEA FRAZER,

-1-

Dated: November 22, 2013                    Respectfully submitted,


                                            By:     /s/Antonio R. Alvarez
                                                    Antonio Alvarez
                                                    Attorney of Record for
                                                    LINO MUNOZ

## **O R D E R**

IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated and title to the real property be reconveyed to MARLEA FRAZER.

IT IS SO ORDERED.

   Dated:   **November 22, 2013**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE